UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-------------------------------------------------------x
DC CENTER FOR INDEPENDENT          :
LIVING; DUPONT EAST CIVIC ACTION :
ASSOCIATION, DANA BOLLES,          :
THEODOSIA ROBINSON,                :          CIVIL ACTION
                                   :
   Plaintiffs,      :          CASE NO.: 1 :22-cv-03541-JMC
                                   :
vs.                                :          JUDGE COBB
                                   :
DISTRICT OF COLUMBIA; and          :
MURIEL BOWSER, in her official     :
capacity,                          :
                                   :
   Defendants.      :
-------------------------------------------------------x

## LOCAL RULE 5.1(c)(1) DISCLOSURE

**PURSUANT TO LOCAL RULE 5.1(c)(1)**, the names and full residencies of the

Plaintiffs are as follows:

DC CENTER FOR INDEPENDENT LIVING
2600 12TH Street NE
Washington, DC 20018

DUPONT EAST CIVIC ACTION ASSOCIATION
1545 18th Street NW
Washington, DC 20036

DANA BOLLES
(Filed Under Seal Per LCvR 5.1(c)(1))

THEODOSIA ROBINSON
(Filed Under Seal Per LCvR 5.1(c)(1))

1

Dated this the 23rd day of November, 2022.

Respectfully Submitted,

/s/ Maia Goodell
VLADECK, RASKIN & CLARK, P.C.
Maia Goodell
565 Fifth Avenue, 9th Floor
New York, New York 10017
T: (212) 403-7300; F: (212) 221-3172
mgoodell@vladeck.com
*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

A copy of these pleadings have been or will be physically mailed, postage prepaid, to the defendants on this date, November 23, 2022.

By:/s/ Maia Goodell_____

**MAIA GOODELL**