# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DC CENTER FOR INDEPENDENT LIVING,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> **Defendants.** | **Civil Action No. 1:22-cv-03541-JMC** |

## ORDER

Upon consideration of Defendants' Motion to Dismiss Plaintiffs' Complaint (Motion), any opposition and reply, and the entire record, it is **ORDERED** that:

The Motion is **GRANTED**; and

Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

_____
THE HONORABLE JIA M. COBB
Judge, United States District Court
   for the District of Columbia