**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| D.C. CENTER FOR INDEPENDENT LIVING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-3541 (JMC) |

### ORDER

For reasons that the Court shall state on the record at the April 25, 2024 hearing, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, ECF 15, is **DENIED**.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: March 25, 2024

1