UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DC CENTER FOR INDEPENDENT LIVING,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> Defendants. | **Civil Action No. 1:22-cv-03541-JMC** |

## DEFENDANTS' PROPOSED SCHEDULING ORDER

Upon consideration of the Parties' Joint Report, and the entire record, it is **ORDERED** that the Parties adhere to the following schedule:

| Event | Deadline |
|---|---|
| Initial Disclosures | May 23, 2024 |
| Deadline for Joinder and Amendment of Pleadings | October 25, 2024 |
| Close of Fact Discovery | January 29, 2025 |
| Exchange of Initial Expert Reports | March 28, 2025 |
| Exchange of Rebuttal Expert Reports | May 9, 2025 |
| Close of Expert Discovery | June 13, 2025 |
| Deadline for Plaintiffs' Motion for Summary Judgment | July 18, 2025 |
| Deadline for Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment | August 15, 2025 |
| Deadline for Plaintiffs' Opposition to Defendants' Cross-Motion and Reply in Support of Motion for Summary Judgment | September 12, 2025 |
| Deadline for Defendants' Reply in Support of Motions for Summary Judgment | September 26, 2025 |

Dated: _____

                                                        JIA M. COBB
                                                        United States District Judge