UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DC CENTER FOR INDEPENDENT LIVING,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>Defendants. | Civil Action No. 1:22-cv-03541-JMC |

**PLAINTIFFS' PROPOSED SCHEDULING ORDER**

Upon consideration of the Parties' Joint Report, and the entire record, it is **ORDERED** that the Parties adhere to the following schedule:

| Event | Deadline |
|---|---|
| Initial Disclosures | May 23, 2024 |
| Deadline for Joinder and Amendment of Pleadings | October 25, 2024 |
| Close of Fact Discovery | January 29, 2025 |
| Exchange of Initial Expert Reports | March 28, 2025 |
| Exchange of Rebuttal Expert Reports | May 9, 2025 |
| Close of Expert Discovery | June 13, 2025 |
| Deadline for Filing Motion for Summary Judgment and *Daubert* motions | July 18, 2025 |
| Deadline for Opposing Motions for Summary Judgment and *Daubert* motions | 30 days from the date of the filing of the motion |

| Deadline for reply memos | 14 days from the date of the opposition memo |
|---|---|

Dated: _____          _____
                                                          JIA M. COBB
                                                          United States District Judge