UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DC CENTER FOR INDEPENDENT LIVING,** *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-03541-JMC |

## CONSENT MOTION TO AMEND THE SCHEDULING ORDER

Defendants District of Columbia and Mayor Muriel Bowser (collectively, the District) move under Rule 16(b)(4) for a seven-day extension of the current deadlines for the Parties to exchange initial expert reports (from March 28, 2025 to April 4, 2025) and rebuttal expert reports (from May 9, 2025 to May 16, 2025). Plaintiffs consent to this request.

The Court may amend its scheduling order based on a showing of good cause. *See Headfirst Baseball LLC v. Elwood*, 206 F. Supp. 3d 148, 152 (D.D.C. 2016); Fed. R. Civ. P. 16(b)(4); LCvR 16.4(a). The Scheduling Order in this case requires the exchange of initial and rebuttal expert reports by March 28, 2025, and May 9, 2025, respectively. *See* Scheduling Ord [23]. Unfortunately, scheduling issues and challenges navigating the District's procurement process have delayed the completion of the District's initial expert report by about a week. Counsel, and the District's expert, continue to work diligently to prepare the District's report, but the District requires additional time to meet its disclosure obligations. The District submits that this constitutes good cause supporting a one-week extension of both deadlines. Plaintiffs consent and will not be prejudiced by the extension, which also will not unduly delay resolution of this matter. Accordingly, the District respectfully requests that the Court extend the Parties' deadline

to exchange expert reports from March 28, 2025 to April 4, 2025, and extend the rebuttal expert report deadline from May 9, 2025 to May 16, 2025.

Pursuant to Local Rule 7(a), this Motion includes all supporting points of law and authority. A proposed order is attached.

Dated: March 25, 2025.                           Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ David R. Wasserstein*
HELEN M. RAVE [90003876]
DAVID R. WASSERSTEIN [1736006]
AMANDA C. PESCOVITZ [1735780]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 442-9784
Email: david.wasserstein@dc.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DC CENTER FOR INDEPENDENT LIVING,** *et al.***,**<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.***,**<br><br>Defendants. | **Civil Action No. 1:22-cv-03541-JMC** |

## ORDER

Upon consideration of Defendants' Consent Motion to Amend the Scheduling Order and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Parties shall exchange expert reports on or before April 4, 2025; and it is further

**ORDERED** that the Parties' shall exchange any rebuttal expert reports on or before May 16, 2025.

**SO ORDERED**.

Date: _____

_____
Hon. Jia M. Cobb
United States District Judge