UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

--------------------------------------------------------x
DC CENTER FOR INDEPENDENT :
LIVING; DUPONT EAST CIVIC ACTION :
ASSOCIATION, DANA BOLLES, :
THEODOSIA ROBINSON, :    CIVIL ACTION
 :
     Plaintiffs, :    CASE NO.: 1:22-cv-03541-JMC
 :
vs. :    JUDGE COBB
 :
DISTRICT OF COLUMBIA; and :
MURIEL BOWSER, in her official :
capacity, :
 :
     Defendants. :
--------------------------------------------------------x

## MOTION TO EXCLUDE EXPERT TESTIMONY BY SANDRA MARKS

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, DC Center for Independent Living, Dupont East Civic Association, Dana Bolles, and Theodosia Robinson, who move this Court to exclude the expert testimony of Ms. Sandra Marks. Defendants have designated Ms. Marks as a non-retained expert, but Defendants have failed to meet the requirements of Federal Rule of Civil Procedure 26(a)(2)(C), which mandates disclosure of a summary of facts and opinions to which the non-retained expert witness will testify.

For the reasons set forth in the accompanying memorandum, under Rule 37, the consequence of Defendants' inadequate disclosure should be the exclusion of Ms. Marks as a non-retained expert. Solely in the alternative, should this Court require that Defendants provide a supplemental/amended disclosure as to Ms. Marks, Plaintiffs request that (1) said disclosure also be provided to the Court, and (2) if said disclosure is adequate and cures the deficiency, then Plaintiffs should be provided with an opportunity to take Ms. Marks' deposition.

1

/s/ Maia Goodell
VLADECK, RASKIN & CLARK, P.C.
Maia Goodell
mgoodell@vladeck.com
Demitrios Kalomiris, admitted *pro hac vice*
jkalomiris@vladeck.com
111 Broadway, Suite 1505
New York, New York 10006
T: (212) 403-7327; F: (212) 221-3172

***and***

*/s/* Garret S. DeReus
BIZER & DEREUS, LLC
Andrew D. Bizer, admitted *pro hac vice*
andrew@bizerlaw.com
Garret S. DeReus, admitted *pro hac vice*
gdereus@bizerlaw.com
Eva M. Kalikoff, admitted *pro hac vice*
eva@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: (504) 619-9999; F: (504) 948-9996

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May 2025 a true and correct copy of the foregoing has been furnished by ECF filing to all counsel of record via email.

By: */s/ Maia Goodell*