# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DC CENTER FOR INDEPENDENT LIVING,** *et al.*,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>    **Defendants.** | **Civil Action No. 1:22-cv-03541-JMC** |

## DEFENDANTS' AMENDED DISCLOSURE OF EXPERT TESTIMONY

As required by Federal Rule of Civil Procedure 26(a)(2)(B), Defendants disclose the identity of the following witness who may be used to provide evidence at trial under Federal Rule of Evidence 702, 703, or 705.

    1.)    Kevin Johnson
              Traffic Planning and Design, Inc.
              2500 E. High Street, Suite 650
              Pottstown, PA 19464

Mr. Johnson responds to opinions rendered by Plaintiff's expert, Nicholas Heybeck. The grounds for Mr. Johnson's opinions and qualifications to offer expert testimony are set forth in the attached report. Defendants reserve the right to supplement Mr. Johnson's report and offer additional or different expert evidence, as necessary, based on new information produced or developed during this litigation, including new opinions or findings supplied by Plaintiff's expert(s).

As required by Federal Rule of Civil Procedure 26(a)(2)(C), Defendants disclose the identity of the following witness who may be used at trial to present evidence under Federal Rule of Evidence 702, 703, or 705, and who is not required to provide a written report.

      2.)      Sandra Marks
                  District Department of Transportation
                  250 M Street SE, Suite 500
                  Washington, D.C. 20003

      Ms. Marks is currently the Chief Transportation Planning Officer of the District Department of Transportation (DDOT). In this role, Ms. Marks oversees five divisions at DDOT, including Planning and Sustainability, Transit Delivery, Capital Planning, Curbside Planning, and Public Space Permitting. Ms. Marks has experience as an urban planner and transportation planner and previously served as the Deputy Director of Transportation for the City of Alexandria and the Capital Projects Manager for Montgomery County, Maryland. Ms. Marks is expected to present evidence about the transportation planning process in the District of Columbia and the considerations that go into transportation planning in the District of Columbia, including transportation planning related to bicycle lanes and on-street parking spaces. Ms. Marks is expected to provide testimony explaining that the District of Columbia is a constrained urban environment with limited street and curbside space. Ms. Marks is expected to discuss the District's efforts to best accommodate multiple uses within the streetscape; that is, access for pedestrians, bicyclists, and vehicles within a finite urban space. Ms. Marks is also expected to provide evidence about the competing needs for public space in the District. In the event that alternative designs or specific proposals concerning alternate technical designs arise as this case proceeds, Ms. Marks is expected to opine on the feasibility of those designs or remedies. As the basis for any such opinions, Ms. Marks will rely upon her personal knowledge of transportation planning in the District of Columbia as acquired through her professional experience as the Chief Transportation Planning Officer of DDOT and her prior professional experience.

Dated: May 2, 2025.                                Respectfully submitted,

                                                              BRIAN L. SCHWALB

3

Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*

MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

*/s/ Honey Morton*

HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Helen M. Rave*

HELEN M. RAVE [90003876]
AMANDA C. PESCOVITZ [1735780]
DAVID R. WASSERSTEIN [1736006]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 735-7520
Email: helen.rave@dc.gov

*Counsel for Defendants*

4

**CERTIFICATE OF SERVICE**

    I certify that on May 2, 2025, Defendants' Amended Disclosure of Expert Testimony was served by email on:

    Maia Goodell
    Vladeck, Raskin & Clark, P.C.
    565 Fifth Avenue, 9th Floor
    New York, New York 10017
    mgoodell@vladeck.com

    Garret S. DeReus
    Bizer & Dereus, LLC
    3319 St. Clause Ave.
    New Orleans, LA 70117
    gdereus@bizerlaw.com
    gdereus1@gmail.com

    *Counsel for Plaintiffs*

*/s/ Helen M. Rave*
HELEN M. RAVE [90003876]
Assistant Attorney General