UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

| | | |
|---|---|---|
| DC CENTER FOR INDEPENDENT LIVING; DUPONT EAST CIVIC ACTION ASSOCIATION, DANA BOLLES, THEODOSIA ROBINSON, | : | CIVIL ACTION |
| Plaintiffs, | : | CASE NO.: 1:22-cv-03541-JMC |
| vs. | : | JUDGE COBB |
| DISTRICT OF COLUMBIA; and MURIEL BOWSER, in her official capacity, | : | |
| Defendants. | : | |

## **AFFIDAVIT**

Garret S. DeReus, under the penalty of perjury, deposes and says:

1. My name is Garret S. DeReus and I am one of the attorneys for the Plaintiffs in the case of *DC Center for Independent Living, et. al. v. District of Columbia, et. al.*, U.S.D.C. for the District of Columbia, civil action 22-cv-03541-JMC.

2. I execute this affidavit in support of Plaintiffs' motion to exclude expert testimony by Sandra Mark (hereinafter "Motion to Exclude").

3. Filed with the Motion to Exclude is a true and correct copy of the written expert disclosure which defense counsel sent to Plaintiffs on April 4, 2025.

4. Filed with the Motion to Exclude is a true and correct copy of the amended expert disclosure which defense counsel sent to Plaintiffs on May 2, 2025.

WHEREFORE, under the penalty of perjury, I, Garret S. DeReus, declare that the forgoing is true and correct.

Dated: May 23, 2025

*Garret S. DeReus*

Garret S. DeReus