UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
-------------------------------------------------------x
DC CENTER FOR INDEPENDENT          :
LIVING; DUPONT EAST CIVIC ACTION   :
ASSOCIATION, DANA BOLLES,          :
THEODOSIA ROBINSON,                :         CIVIL ACTION
                                   :
         Plaintiffs,               :         CASE NO.: 1:22-cv-03541-JMC
                                   :
vs.                                :         JUDGE COBB
                                   :
DISTRICT OF COLUMBIA; and          :
MURIEL BOWSER, in her official     :
capacity,                          :
                                   :
         Defendants.               :
-------------------------------------------------------x
```

## ORDER

Considering the foregoing Plaintiffs' Motion to Exclude Expert Testimony by Sandra Marks, and the representations contained therein, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the testimony of Ms. Sandra Marks is hereby excluded as a non-retained expert.

THUS DONE AND SIGNED on this _____ day of _____, 2025.

_____
**JUDGE**