UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
-------------------------------------------------------x
DC CENTER FOR INDEPENDENT          :
LIVING; DUPONT EAST CIVIC ACTION   :
ASSOCIATION, DANA BOLLES,          :
THEODOSIA ROBINSON,                :     CIVIL ACTION
                                   :
            Plaintiffs,            :     CASE NO.: 1:22-cv-03541-JMC
                                   :
vs.                                :     JUDGE COBB
                                   :
DISTRICT OF COLUMBIA; and          :
MURIEL BOWSER, in her official     :
capacity,                          :
                                   :
            Defendants.            :
-------------------------------------------------------x
```

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW COME DC Center for Independent Living, Dupont East Civic Action Association, Dana Bolles, and Theodosia Robinson, Plaintiffs, who file this Motion for Partial Summary Judgment. Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiffs seek the entry of summary judgment in their favor as to liability, and a finding that Defendants are liable for violations of the Americans with Disabilities Act, the Rehabilitation Act of 1973, and the District of Columbia Human Rights Act, for (1) failure to provide "program access," to on-street parking, i.e., readily accessible and usable on-street parking to persons with disabilities in the District of Columbia; and (2) systematic, ongoing new construction/alteration of protected bike lanes that fails to remedy the barriers faced by persons with disabilities in the District of Columbia and makes the on-street parking, curb access, and pedestrian crossings in the District of Columbia less accessible to persons with disabilities.

1

Pursuant to Local Rule 7, Plaintiffs' motion for partial summary judgment is accompanied by a supporting memorandum of specific points of law and authority supporting their motion, a concise statement of undisputed facts, exhibits, and a proposed order.

Respectfully Submitted,

/s/ Maia Goodell

VLADECK, RASKIN & CLARK, P.C.
Maia Goodell
 mgoodell@vladeck.com
Demitrios E. Kalomiris, admitted *pro hac vice*
 jkalomiris@vladeck.com
111 Broadway, Suite 1505
New York, New York 10006
T: (212) 403-7300; F: (212) 221-3172

***and***

/s/ Garret S. DeReus

BIZER & DEREUS, LLC
Andrew D. Bizer, admitted *pro hac vice*
 andrew@bizerlaw.com
Garret S. DeReus, admitted *pro hac vice*
 gdereus@bizerlaw.com
Eva M. Kalikoff, admitted *pro hac vice*
 eva@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: (504) 619-9999; F: (504) 948-9996

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of June, 2025 a true and correct copy of the foregoing has been furnished by ECF filing to all counsel of record via email.

By:   */s/ Maia Goodell*