UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------x
DC CENTER FOR INDEPENDENT          :
LIVING; DUPONT EAST CIVIC ACTION   :
ASSOCIATION, DANA BOLLES,          :
THEODOSIA ROBINSON,                :     CIVIL ACTION
                                   :
       Plaintiffs,                 :     CASE NO.: 1:22-cv-03541-JMC
                                   :
vs.                                :     JUDGE COBB
                                   :
DISTRICT OF COLUMBIA; and          :
MURIEL BOWSER, in her official     :     **DECLARATION OF MAIA GOODELL**
capacity,                          :
                                   :
       Defendants.                 :
---------------------------------------------------------x

Maia Goodell, under penalty of perjury, affirms and states as follows.

1. I am a member of the firm Vladeck, Raskin & Clark, P.C., attorneys for plaintiffs DC Center for Independent Living, Dupont East Civic Action Association, Dana Bolles and Theodosia Robinson in this action. I submit this Declaration in support of plaintiffs' Motion for Summary Judgment.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the deposition transcript of Regina Arlotto in this matter, dated December 3, 2024.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the deposition transcript of Kim Bellamy in this matter, dated April 17, 2025.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the deposition transcript of Dana Bolles in this matter, dated April 18, 2025.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the deposition transcript of Xavier Davis in this matter, dated November 20, 2024.

1

6. Attached as Exhibit 5 is a true and correct copy of excerpts of the 30(b)(6) deposition transcript of Nick Delledonne in this matter, dated April 25, 2025.

7. Attached as Exhibit 6 is a true and correct copy of excerpts of the deposition transcript of James Falade in this matter, dated April 8, 2025.

8. Attached as Exhibit 7 is a true and correct copy of excerpts of the deposition transcript of Michael Goodno in this matter, dated November 26, 2024.

9. Attached as Exhibit 8 is a true and correct copy of excerpts of the 30(b)(6) deposition transcript of Megan Kanagy and Laura McNeil in this matter, dated February 13, 2025.

10. Attached as Exhibit 9 is a true and correct copy of excerpts of the deposition transcript of David Lipscomb in this matter, dated December 13, 2024.

11. Attached as Exhibit 10 is a true and correct copy of excerpts of the deposition transcript of Theodosia Robinson in this matter, dated April 7, 2025.

12. Attached as Exhibit 11 is a true and correct copy of excerpts of the 30(b)(6) deposition transcript of Richard Simms in this matter, dated April 17, 2025.

13. Attached as Exhibit 12 is a true and correct copy of the declaration sworn to by Deborah Barnes in this matter, dated February 17, 2025.

14. Attached as Exhibit 13 is a true and correct copy of the declaration sworn to by Kerry Bedard in this matter, dated February 24, 2025.

15. Attached as Exhibit 14 is a true and correct copy of the declaration sworn to by Kim Bellamy in this matter, dated February 18, 2025.

16. Attached as Exhibit 15 is a true and correct copy of the declaration with exhibits sworn to by Dana Bolles in this matter, dated February 25, 2025.

17. Attached as Exhibit 16 is a true and correct copy of the declaration sworn to by James Falade in this matter, dated February 18, 2025.

18. Attached as Exhibit 17 is a true and correct copy of the declaration with exhibits sworn to by Edward Hanlon in this matter, dated March 19, 2025.

19. Attached as Exhibit 18 is a true and correct copy of the declaration sworn to by Robin Mendes-Newell in this matter, dated February 18, 2025.

20. Attached as Exhibit 19 is a true and correct copy of the declaration sworn to by Theodosia Robinson in this matter, dated February 24, 2025.

21. Attached as Exhibit 20 is a true and correct copy of Plaintiff DC Center for Independent Living's Amended Objections and Responses to Defendants' First Set of Interrogatories, dated February 25, 2025.

22. Attached as Exhibit 21 is a true and correct copy of the Articles of Incorporation of the Dupont East Civic Action Association, Bates stamped Pl. 000312-18.

23. Attached as Exhibit 22 is a true and correct copy of a placeholder PDF produced by plaintiffs for a video recorded by Edward Hanlon of DECAA member Kevin Rogers encountering and describing new barriers created by the New 17th St. Plan, Bates stamped Pl. 011506. The video itself is available at the following webpage, and can be provided to the Court in another format if needed: https://drive.google.com/file/d/1X8Ot62vF51U7tFrnByRnZcrarROd4peQ/view .

24. Attached as Exhibit 23 is a true and correct copy of presentation slides titled District Department of Transportation: Citywide Accessible Parking Program, Bates stamped DEF-2022-cv-03541-00003387-417. At the deposition of David Lipscomb, this document was marked as Exhibit D.

25. Attached as Exhibit 24 is a true and correct copy of an email from Zachary Smith to Matthew Spaniol, dated March 25, 2024 and Bates stamped DEF-2022-cv-03541-00034704-07.

26. Attached as Exhibit 25 is a true and correct copy of the District of Columbia Department of Transportation's ADA Guidelines for Accessibility in the Right-of-Way, dated October 6, 2006 and Bates stamped DEF-2022-cv-03541-00033254-72.

27. Attached as Exhibit 26 is a true and correct copy of the publication "Parking & Mobility" by the International Parking & Mobility Institute, dated May 2020 and Bates stamped DEF-2022-cv-03541-00035575-78.

28. Attached as Exhibit 27 is a true and correct copy of spreadsheets titled "Accessible Parking Zones" and "Red Top Meter Spaces", Bates stamped DEF-2022-cv-03541-00002408. In discovery, the Plaintiffs requested information pertaining to designated-accessible on-street parking spaces in the District; defendants produced this spreadsheet in response.

29. Attached as Exhibit 28 is a true and correct copy of excerpts of presentation slides titled DC Coalition on DDOT Bike Plans Town Hall featuring DDOT Director Everett Lott, dated January 25, 2022 and Bates stamped Pl. 017936-88.

30. Attached as Exhibit 29 is a true and correct copy of the Expert Report of Nicholas Heybeck, PE dated January 28, 2025.

31. Attached as Exhibit 30 is a true and correct copy of the Expert Report of R. Eric Heidel, Ph.D., dated March 11, 2025.

32. Attached as Exhibit 31 is a true and correct copy of the affidavit sworn to by R. Eric Heidel, Ph.D. in this matter, dated May 14, 2025.

33. Attached as Exhibit 32 is a true and correct copy of a brochure titled "District Department of Transportation: 2023 Americans with Disabilities Act Transition Plan Update", Bates stamped DEF-2022-cv-03541-00024941-86.

34. Attached as Exhibit 33 is a true and correct copy of excerpts of plans for the proposed 17th Street, N.W. protected bike lanes, Bates stamped DEF-2022-cv-03541-00004645-71.

35. Attached as Exhibit 34 is a true and correct copy of the declaration sworn to by Kevin Rogers in this matter, dated February 21, 2025.

36. Attached as Exhibit 35 is a true and correct copy of the affidavit sworn to by Nicholas Heybeck in this matter, dated April 25, 2025.

37. Attached as Exhibit 36 is a true and correct copy of the Expert Report of Dr. Kevin L. Johnson, P.E., dated April 4, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 4, 2025, in New York, New York.

_____
MAIA GOODELL