UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------x

DC CENTER FOR INDEPENDENT : \
LIVING, *et al*., :
: \
         Plaintiffs, :
:      CASE NO.: 1:22-cv-03541-JMC \
vs. :
: \
: \
DISTRICT OF COLUMBIA, *et al*., :
: \
         Defendants. :

-------------------------------------------------------x

## PLAINTIFFS' *EX PARTE* MOTION TO WITHDRAW COUNSEL EVA M. KALIKOFF

NOW COME Plaintiffs, DC CENTER FOR INDEPENDENT LIVING, DUPONT EAST CIVIC ACTION ASSOCIATION, DANA BOLLES, and THEODOSIA ROBINSON, who respectfully move this Honorable Court to withdraw attorney Eva M. Kalikoff (pro hac vice) as counsel of record for Plaintiffs in this case. Attorney Eva M. Kalikoff is ending her employment at Bizer & DeReus, LLC. Therefore, Plaintiffs seek to withdraw Eva M. Kalikoff as counsel of record in this matter.

Attorneys Andrew D. Bizer and Garret S. DeReus are currently enrolled as Plaintiffs' counsel and will continue to represent Plaintiffs in this matter. Additionally, attorneys Maia Goodell and Demitrios E. Kalomiris are enrolled as Plaintiffs' counsel and will continue to represent Plaintiffs in this matter.

In accordance with LCvR 7(m), Plaintiffs' counsel have conferred with defense counsel prior to filing of this motion. Defense counsel consented to the filing of this motion.

WHEREFORE, Plaintiffs respectfully move the Court for an Order withdrawing attorney Eva M. Kalikoff as counsel for Plaintiffs in this matter.

Respectfully Submitted,

By:/s/ Eva M. Kalikoff

By:/s/ Garret S. DeReus

By:/s/ Andrew D. Bizer


BIZER & DEREUS
Attorneys for Plaintiff
Andrew D. Bizer (LA # 30396), admitted *pro hac vice*
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105), admitted *pro hac vice*
gdereus1@gmail.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

***AND***

VLADECK, RASKIN & CLARK, P.C.
Attorneys for Plaintiff
Maia Goodell
mgoodell@vladeck.com
Demitrios E. Kalomiris, admitted *pro hac vice*
jkalomiris@vladeck.com
111 Broadway, Suite 1505
New York, NY 10006
T: (212) 403-7300; F: (212) 221-3172


## CERTIFICATE OF SERVICE

I HEREBY Certify that on this 20th day of March, 2026, the foregoing pleading was served upon all parties of record via CM/ECF.


/s/ Garret S. DeReus
GARRET S. DEREUS

2