UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------x

DC CENTER FOR INDEPENDENT    :
LIVING, *et al.*,    :
    :
    Plaintiffs,    :
    :    CASE NO.: 1:22-cv-03541-JMC
vs.    :
    :
    :
DISTRICT OF COLUMBIA, *et al.*,    :
    :
    Defendants.    :

-------------------------------------------------------x

## ORDER

**CONSIDERING THE FOREGOING** Plaintiffs' *Ex Parte* Motion to Withdraw Counsel,

and the reasons stated within:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and attorney Eva M.

Kalikoff is hereby withdrawn as counsel of record for Plaintiffs in this case. Attorneys Andrew

D. Bizer and Garret S. DeReus will remain as counsel for Plaintiffs in this case. Attorneys Maia

Gooddell and Demitrios E. Kalomiris will also remain as counsel for Plaintiffs in this case.


Washington, D.C., this _____ day of _____, 2026.


_____
**JUDGE**